Affirmed and Opinion filed January 9, 2003













Affirmed and
Opinion filed January 9, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00656-CR

____________

 

RAY MATHIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________________________

 

On Appeal from
the 185th District Court

Harris County, Texas

Trial Court
Cause No. 616,321

 

_______________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            After a guilty plea, appellant was
adjudicated guilty of two counts of aggravated robbery, and sentenced on May 2, 2002, to 5 years’ incarceration
in the Texas Department of Criminal Justice, Institutional Division.

            On November 21, 2002, this court ordered a
hearing to determine why appellant's counsel had not filed a brief in this
appeal.  On December 12, 2002, the trial court conducted
the hearing.  The record of the hearing
was filed in this court on December
 20, 2002.








            The trial court found appellant no
longer desires to prosecute his appeal.

            On the basis of those findings, this
court has considered the appeal without briefs.   See
Tex. R. App. P. 38.8(b).

            The case is before us without a
reporter’s record or bill of exception. 
We find no fundamental error.

            Accordingly, the judgment of the
trial court is affirmed.

 

                                                                        PER
CURIAM

 

Judgment
rendered and Opinion filed January 9,
 2003.

Panel
consists of Justices Edelman, Seymore, and Guzman.

Do not
publish - Tex. R. App.
P. 47.2(b).